John J. Nelson (SBN 317598)
**MILBERG, PLLC**
280 S. Beverly Drive – Penthouse Suite
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: jnelson@milberg.com

[Additional Signatures on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CHRISTOPHER CROSBY, on behalf of themselves and all others similarly situated,

Plaintiff,

vs.

TELECARE CORPORATION,

Defendant.

CASE NO.: 4:26-cv-01614-YGR

**~~AMENDED [PROPOSED]~~ ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE; AS AMENDED BY THE COURT**

RUTH AMAROK , individually and on behalf of all others similarly situated,

Plaintiff,

v.

TELECARE CORPORATION,

Defendant.

CASE NO.: 4:26-cv-01615-YGR

DENNIS LEE WAYNE JR., individually and on behalf of all others similarly situated,

Plaintiff,

v.

TELECARE CORPORATION,

Defendant.

CASE NO.: 4:26-CV-01689-YGR

THIS MATTER, having come before the Court by the Plaintiffs Christopher Crosby, Ruth Amarok, and Dennis Lee Wayne Jr. ("Plaintiffs") for their Motion to Consolidate Related Actions and Set a Schedule for the Filing of the Consolidated Amended Complaint ("Motion").

WHEREAS, the Coordinated Plaintiffs in related cases pending in this District: *Crosby v. Telecare Corporation*, No. 4:26-cv-01614-YGR ("Crosby"); *Amarok v. Telecare Corporation*, No. 4:26-cv-01615-YGR ("Amarok"); *Wayne v. Telecare Corporation,* No. 4:26-cv-1689-YGR ("Wayne") (the "Related Cases") agree that these actions, as well as any subsequently filed or transferred related actions, for all pretrial purposes, excluding trial should be consolidated under the *Crosby* case, No. 4:26-cv-01614-YGR pursuant to Federal Rule of Civil Procedure 42(a); and

The Court being fully advised and for good cause shown, the Motion is hereby **GRANTED.**

Accordingly, the Court **ORDERS** as follows:

## I. MOTION TO CONSOLIDATE RELATED CASES

1. The Related Cases currently pending in this District, and any other action arising out of the same or similar operative facts and seeking relief on class or representative basis now pending or hereafter filed in, removed to, or transferred to this District, shall be consolidated for pre-trial purposes pursuant to Rule 42(a) (hereafter the "Consolidated Action").

2. All papers in the Consolidated Action shall be filed under Case No. 4:26-cv-01614-YGR, the number assigned to the first-filed case, and shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TELECARE CORPORATION DATA BREACH LITIGATION<br><br>This Document Relates To: | Master File No. 4:26-cv-01614-YGR |

3. The case file for the Consolidated Action will be maintained under Master File No. 4:26-cv-01614-YGR. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates

To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, e.g., "4:26-cv-01614-YGR (*Crosby*)."

4. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action and seeks relief on a representative or classwide basis, shall be consolidated with the Consolidated Action for pre-trial purposes. The parties shall file a Notice of Related Action whenever a case that should be consolidated into this action is filed in, transferred to, or removed to this District

5. If the Court determines that the case is related, the clerk shall:

a. Place a copy of this Order in the separate file for such action;

b. Serve on Plaintiffs' counsel in the new case a copy of this Order;

c. Direct that this Order be served upon Defendant(s) in the new case; and

d. Make appropriate entry in the Master Docket

6. Plaintiffs shall file a Consolidated Amended Complaint no later than thirty (30) days following the entry of an order appointing interim class counsel or other designated counsel.

7. Any response to the Consolidated Amended Complaint shall be due within thirty (30) days from the filing of the Consolidated Amended Complaint. All prior response deadlines are vacated. Should Defendant intend to file one or more motions to dismiss, the Parties will comply with Local Civil Rules 7-9 and 7-10 with the following clarifications and/or adjustments:

a. Any Opposition to a motion to dismiss shall be filed and served within thirty (30) days of the filing of the motion to dismiss; and

b. Any reply brief shall be filed and served within fourteen (14) days of the opposition;

8. This Order shall apply to the above-captioned matters, any subsequently consolidated action, any actions consolidated with the above-captioned matters, and any actions filed in or transferred or removed to this Court relating to the fact and the data breach underlying this litigation.

9. The case management conference currently scheduled for Monday, June 8, 2026 is hereby **VACATED** and will be reset if needed after the anticipated motion to dismiss has been resolved.

10. Given the procedural posture, it is further **ORDERED** that the *Amarok* and *Wayne* actions are administratively closed for statistical purposes only. Nothing further shall be filed on the dockets in those actions, and nothing contained in this order shall be construed as a dismissal or disposition thereof. Should further proceedings become necessary in the *Amarok* and *Wayne* actions individually, any party may contact the Court to address the issue.

**IT IS SO ORDERED.**

Dated: June 1, 2026

**HON. YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**